IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01535-ZLW-BNB

ADIL FARIAT, A 096 202 281,

Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services,
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services,
Denver, Colorado,
ALBERTO GONZALES, Attorney General,
UNITED STATES DEPARTMENT OF JUSTICE,
ROBERT MUELLER, Director, Federal Bureau of Investigation,
FEDERAL BUREAU OF INVESTIGATION, and
THE UNITED STATES OF AMERICA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Vacate Status Conference** (the "Motion"), filed on November 17, 2005.

IT IS ORDERED that the Motion is GRANTED and the Status Conference set for November 18, 2005, is **vacated and reset to January 19, 2005, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 17, 2005