**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER, COLORADO**

CIVIL ACTION NO. 05-CV-1535-ZLW-BNB

ADIL FARIAT, A 096 202 281

        Plaintiff

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director of the United States Citizenship and
Immigration Services, Denver, Colorado;
ALBERTO GONZALEZ; Attorney General;
UNITED STATES DEPARTMENT OF JUSTICE;
ROBERT MUELLER, Director, Federal Bureau of Investigation;
FEDERAL BUREAU OF INVESTIGATION;

THE UNITED STATES OF AMERICA,

        Defendants.

**ORDER**

THE COURT, having reviewed the Joint Motion to Dismiss with Prejudice filed by all the parties, and being fully advised of its premises, hereby GRANTS the Joint Motion to Dismiss with Prejudice and ORDERS that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action shall be dismissed with prejudice.

SO ORDERED this __3__ day of __January__, 2006.

        BY THE COURT:

        _____
        United States District Judge Weinshienk

1